IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

JUN -2 2015

CLERK_____
SO. DIST. OF GA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | Indictment No. |
| v. | ) | |
| | ) | CR 1 1 5 - 0 6 6 |
| | ) | |
| RAFFAELE MANZI | ) | 18 U.S.C. § 875 |
| | ) | Threats in Interstate |
| | ) | Communication |
| | ) | |

## COUNT ONE
### Threats In Interstate Communication

**THE GRAND JURY CHARGES:**

That on or about the 13th day of April 2015, in Richmond County, Georgia, within the Southern District of Georgia, the defendant herein,

**RAFFAELE MANZI**

did knowingly and willfully transmit in interstate commerce from the State of Georgia, to Washington, D. C., a communication, that is, a telephone call, for the purpose of issuing a threat, to an individual whose initials are R.K, and the communication contained a threat to injure others. Specifically, Manzi threatened: "I guess I gotta do something really drastic to get some Goddamn attention since I'm an adult and nobody wants to help me in the goddamn country… I'm getting sick and tired of nobody doing nothing, and it seems like I have I have to do something violent or catastrophic to get the fucking attention I deserve. Because you guys owe me fucking money…"

All done in violation of Section 875(c) of Title 18 of the United States Code.

### COUNT TWO

### Threats In Interstate Communication

**THE GRAND JURY CHARGES**:

That on or about the 13th day of April 2015, in Richmond County, Georgia, within the Southern District of Georgia, the defendant herein,

### RAFFAELE MANZI

did knowingly and willfully transmit in interstate commerce from the State of Georgia, to the Washington, D. C., a communication, that is, a telephone call, for the purpose of issuing a threat, to an individual whose initials are K.W., and the communication contained a threat to injure others. Specifically, Manzi threatened: "Since you're not going to get to me you goddamn bitch, do I need to blow something up to get some fucking help here, because I am an adult? That's all I need to ask. Do I need to blow something up to make this issue worth your fucking while? Now I will, and I have the capability. Now you goddamn bitch, pick up the goddamn phone and call me back."

All done in violation of Section 875(c) of Title 18 of the United States Code.

### COUNT THREE
### Threats In Interstate Communication

**THE GRAND JURY CHARGES**:

That on or about the 13th day of April 2015, in Richmond County, Georgia, within the Southern District of Georgia, the defendant herein,

### RAFFAELE MANZI

did knowingly and willfully transmit in interstate commerce from the State of Georgia, to the Washington, D. C., a communication, that is, a telephone call, for the purpose of issuing a threat, to an individual whose initials are S.F., and the communication contained a threat to injure others. Specifically, Manzi threatened:

"Well, you can cut the bullshit about the Department of Justice, you goddamn bitch, Do I need to fucking blow something up to get some fucking attention about adults and learning disabilities, and the injustice I'm getting from you, and the state of Colorado, and everybody else. You think you can wash away the adults that got left behind? You fucking whore."

All done in violation of Section 875(c) of Title 18 of the United States Code.

A TRUE BILL.

_____
Foreperson

_____
Edward J. Tarver
United States Attorney

_____
James D. Durham
First Assistant United States Attorney

_____
Patricia G. Rhodes
Assistant United States Attorney
Lead Counsel

_____
Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

_____
Nancy C. Greenwood
Assistant United States Attorney
Deputy Chief, Criminal Division